# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE SEIDENFELD,<br><br>　　　　Petitioner,<br><br>　v.<br><br>LINDA L. SANDERS,<br><br>　　　　Respondent. | Case No. CV 10-4285 PA (JCG)<br><br>**ORDER ADOPTING REVISED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Revised Report and Recommendation, and the remaining record. Petitioner filed no objections to the Revised Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

1. The Revised Report and Recommendation is approved and adopted.
2. Judgment shall be entered dismissing this action with prejudice.
3. The Clerk shall serve copies of this Order and the Judgment on the parties.

Dated: _May 4, 2011

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE