# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE SEIDENFELD,<br><br>    Petitioner,<br><br>v.<br><br>LINDA L. SANDERS,<br><br>    Respondent. | Case No. CV 10-4285 PA (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Revised Report and Recommendation.

Dated: May 4, 2011

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE